FILED: October 11, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2057
(1:23-cv-00794-MSN-JFA)

_____

CHRISTEL JOHNSON

      Plaintiff - Appellant

v.

NAVY FEDERAL CREDIT UNION

      Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:23-cv-00794-MSN-JFA |
| Date notice of appeal filed in originating court: | 10/06/2023 |
| Appellant(s) | Christel Johnson |
| Appellate Case Number | 23-2057 |
| Case Manager | T. Fischer<br>804-916-2704 |