IN THE UNITED STATES CIRCUIT COURT FOR THE FOURTH CIRCUIT

_____

| | |
|---|---|
| CHRISTEL JOHNSON, | * |
| | * |
| Appellant, | * |
| | * |
| v. | *   Appeal No.: 23-2057 |
| | * |
| NAVY FEDERAL CREDIT UNION, | * |
| | * |
| Appellee. | * |
| | * |

_____

**APPELLANT'S MOTION FOR A TWO-DAY EXTENSION OF TIME WITHIN WHICH TO FILE HER CORRECTED JOINT APPENDIX**

COMES NOW Appellant, by counsel, and respectfully moves this Court for a two-day extension of time, or until Wednesday, January 31, 2024, within which to file her corrected joint appendix. In support of this motion, Appellant respectfully represents that he has made the required corrections to the Bates numbering on the Joint Appendix and attempted to file a corrected joint appendix, but the filing was rejected due to formatting issues. Counsel for Appellant requires additional time to work with the brief preparation company he has retained to address this formatting issue.

Respectfully submitted,
CHRISTEL JOHNSON
By Counsel

_____/s/_____
Thomas F. Hennessy, VSB #32850
The Hennessy Law Firm
4015 Chain Bridge Road, Suite G Fairfax, Virginia 22030
F: (703) 865-7633
E: thennessy@virginiawage.net
*Counsel for Appellant*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of January 2024 I will electronically file a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to any counsel of record in this matter.

Dated: January 29, 2024

                            Respectfully submitted,

                            CHRISTEL JOHNSON
                            *By Counsel*

                            _____/s/_____
                            Thomas F. Hennessy, Esq. (VSB: 32850)
                            **THE HENNESSY LAW FIRM, PLLC**
                            <u>Counsel for Appellany</u>
                            4015 Chain Bridge Road, Suite G
                            Fairfax, Virginia 22030
                            (703) 865-8836 *Telephone*
                            (703) 865-7633 *Facsimile*
                            thennessy@virginiawage.net