FILED: January 30, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2057
(1:23-cv-00794-MSN-JFA)

_____

CHRISTEL JOHNSON

  Plaintiff - Appellant

v.

NAVY FEDERAL CREDIT UNION

  Defendant - Appellee

_____

O R D E R
_____

The court grants the motion to extend filing time and extends the time for filing the corrected joint appendix to 01/31/2024.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk