FILED: September 16, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2057
(1:23-cv-00794-MSN-JFA)

_____

CHRISTEL JOHNSON

  Plaintiff - Appellant

v.

NAVY FEDERAL CREDIT UNION

  Defendant - Appellee

_____

M A N D A T E
_____

The judgment of this court, entered August 25, 2025, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*